Smokie Phillips Services
PO Box 321084
Houston, Texas 77221

# INVOICE

DeGuerin and Dickson Attorney's at Law
1018 Preston Avenue
Houston, Texas 77002

| | | Invoice # | 0000001 |
|---|---|---|---|
| | | Invoice Date | 11/07/2011 |
| | | Due Date | 11/09/2011 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Law Enforcement/Security Consultant Service: Houston, Texas | 45.00 | 7.00 | 315.00 |
| | Check Payable to: David Rougeau | | | |
| Service | Law Enforcement/Security Consultant Services: Houston, Texas | 45.00 | 7.00 | 315.00 |
| | Check Payable to: J. M. Phillips | | | |

NOTES: Houston Per Hour: $45.00 Dollars Houston, Texas November 2, 2011

Out of County Hour: $65.00 Dollars Leon County, November 4, 2011 thru November 6, 2011.

Houston Meeting (1800-2100 Hours)

| | |
|---|---|
| Subtotal | 630.00 |
| Total | 630.00 |
| Amount Paid | 0.00 |
| Balance Due | $630.00 |

Exhibit 40

DD 0217

Smokie Phillips Services
PO Box 321084
Houston, Texas 77221

# INVOICE

DeGuerin and Dickson Attorney's at Law
1018 Preston Avenue
Houston, Texas 77002

Invoice #       0000002

Invoice Date    11/07/2011

Due Date        11/07/2011

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Law Enforcement/Security Consultant Services: Normangee, Texas Leon County<br><br>Check Payable to: David Rougeau | 65.00 | 48.00 | 3,120.00 |
| Service | Law Enforcement/Security Consultant Services: Normangee, Texas Leon County<br><br>Check Payable to: J.M. Phillips | 65.00 | 48.00 | 3,120.00 |

NOTES: Out of County Leon County, November 2, 2011-November 6, 2011 (Arrived in Houston at 1800 hours) Briefing (1800-2100 hours)

| | |
|---|---|
| Subtotal | 6,240.00 |
| Total | 6,240.00 |
| Amount Paid | 0.00 |
| Balance Due | $6,240.00 |

**DD 0218**

Smokie Phillips Strategies
P.O. Box 321084
Houston, Texas 77021

PH. (832) 654-8839

# INVOICE

DeGuerin and Dickson Attorney's at Law
1018 Preston Avenue
Houston, Texas 77002

(713) 223-5959

| | | Invoice # | 0000006 |
|---|---|---|---|
| | | Invoice Date | 11/28/2011 |
| | | Due Date | 11/28/2011 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Peace Officer Consultant Normangee, Texas remain at location holiday week (9) days 11/18-11/27/2011 1800 hrs.-1800hrs.<br><br>Check payable to: David Rougeau<br>SS# 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 | 50.00 | 216.00 | 10,800.00 |
| Service | Peace Officer Consultant Normangee, Texas remain at location holiday week (9) days 11/18-11/27/2011 1800hrs.-1800 hrs.<br><br>Check payable to: Troy Gamble<br>SS# 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 | 50.00 | 216.00 | 10,800.00 |
| Service | Peace Officer Consultant Normangee, Texas remain at location holiday week (9) days 11/18-11/27/2011 1800hrs.-1800 hrs.<br><br>Check payable to: Darrin Lewis<br>SS# 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 | 50.00 | 216.00 | 10,800.00 |
| Service | Peace Officer Consultant Normangee, Texas remain at location holiday week (9) days 11/18-11/27/2011 1800hrs.-1800 hrs.<br><br>Check payable to: Selvyn Ellis<br>SS# 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 | 50.00 | 216.00 | 10,800.00 |
| Service | Peace Officer Consultant Normangee, Texas remain at location holiday week (3) days 11/21-11/23 (O.P. per MGB)<br><br>Check payable to: Londya Davis<br>SS# 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 | 50.00 | 72.00 | 3,600.00 |

**DD 0237**

| | | | | |
|---|---|---|---|---|
| Service | Peace Officer Consultant/Coordinator Normangee, Texas remain at location holiday period (9) days (Travel to Normangee prior to holiday visit on 11/13/2011 Resource check, develop, write and advise Security Plan. Plan forward to Brown associate) | 55.00 | 216.00 | 11,880.00 |
| | Check payable to: James Phillips SS# 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 | | | |
| Expense | Requested by Client: Weapon Metal Detector | 140.67 | 1.00 | 140.67 |
| | Check payable to: James Phillips | | | |
| Expense | Requested by Client: Professional GPS/Wireless and Micro-Phone Detector | 216.49 | 1.00 | 216.49 |
| | Check payable to: James Phillips | | | |
| Service | Seal Security Solutions LLC K-9 Drug Detection Narcotic Sweep (9) days | 11447.44 | 1.00 | 11,447.44 |
| | Check payable to: Seal Security Solutions Tax ID# 264193188 | | | |
| Service | Owens Security Guard Services patrol total ranch site, check building each morning and prior to Brown family arrival (9) days total Tax ID# | 840.00 | 9.00 | 7,560.00 |
| Expense | Enterprise Rental: Trailer vehicle to/from Normangee, Texas (per ATF) instructions regarding secured vehicle (9) day rental | 698.58 | 1.00 | 698.58 |

NOTES: The items purchased (Weapon and RF Detector) will be forward to Dr. Brown designated associate. This equipment will only utilize on the Brown detail.

| | |
|---|---|
| Subtotal | 78,743.18 |
| Total | 78,743.18 |
| Amount Paid | 0.00 |
| Balance Due | $78,743.18 |

**DD 0238**

Smokie Phillips Strategies
PO Box 321084
Houston, Texas 77021

# INVOICE

Contact (832) 654-8839

DeGuerin and Dickson Attorney's at Law
1018 Preston Avenue
Houston, Texas 77002

(713) 223-5959

| | | Invoice # | 0000002 |
|---|---|---|---|
| | | Invoice Date | 12/05/2011 |
| | | Due Date | 12/05/2011 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Law Enforcement Consultant/Security Coordination (Ranch site security after Dr. Brown departure) Sun (12 hrs.) Mon(12 hrs.) Tues (12 hrs) Wed (5 hrs. employee terminations) Services include Carter Country assignment. Family Visit (Fri.-Sun (48 hrs.) and (4) trips to Normangee, Texas<br><br>Make Check payable to: James Phillips | 55.00 | 89.00 | 4,895.00 |
| Service | Law Enforcement Consultant/Security (Secure Ranch House site after Dr. Brown departure, remain on site 24 hrs per day<br>Sun-Wed (3) days<br><br>Make Check payable to: Londoya Davis<br>Harris County Sheriff's Department | 50.00 | 72.00 | 3,600.00 |
| Service | Law Enforcement Consultant/Security (Secure Ranch House site after Dr. Brown departure, remain on site 24 hrs. per day<br>Wed-Fri (2) days<br><br>Make Check patable to: David Rougeau<br>Houston Police Department | 50.00 | 48.00 | 2,400.00 |
| Service | Law Enforcement Consultant/Security<br>Weekend family visitation Fri-Sun (12/2-12/4) (48 hrs.) Wed. travel time to ranch site, services reduced to (1) officer after officer arrived, travel time (5) hrs. per VonProcter<br><br>Make Check payable to: Darrin Lewis<br>Houston Metro Police Department | 50.00 | 53.00 | 2,650.00 |
| Service | Law Enforcement Consultant<br>Weekend family Visitation Fri-Sun (12/2-12/4) (48 hrs)<br><br>Make Check payable to: Mario Stoneham<br>Houston Metro Police Department<br>SS# 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 | 50.00 | 48.00 | 2,400.00 |

**DD 0262**

| Service | K9 Drug Detection Dog Enforcement Services Family Weekend Visit Fri-Sun (12/2-12/4) (48 hrs.) | 33.50 | 48.00 | 1,608.00 |

Make Check payable to: James Corn
SS# 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

NOTES: These services were requested from Sunday, November 27, 2011 thru December 4, 2011. request was made that (2) peace officers remain at ranch site (24) hrs a day and not leave ranch house unsecured. Prior to weekend visit HPD rescinded extra employment status, emergency protective services were dispatched to cover (48) hrs.

| | |
|---|---|
| Subtotal | 17,553.00 |
| Total | 17,553.00 |
| Amount Paid | 0.00 |
| Balance Due | $17,553.00 |

**DD 0263**

Smokie Phillips Strategies
PO Box 321084
Houston, Texas 77021

Contact (832) 654-8839

# INVOICE

DeGuerin and Dickson Attorney's at Law
1018 Preston Avenue
Houston, Texas 77002

(713) 223-5959

| | Invoice # | 0000004 |
|---|---|---|
| | Invoice Date | 12/19/2011 |
| | Due Date | 12/19/2011 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Law Enforcement/Security Consultation Corrd. Weekend 12/9/2012 (Friday) Show-up (Cancel) | 55.00 | 4.00 | 220.00 |
| | Check payable: James Phillips | | | |
| Service | Law Enforcement/Security Consultation 12/9/2012 Friday Show-up (Cancel) | 50.00 | 4.00 | 200.00 |
| | Check payable: Mario Stoneham | | | |
| Expense | SUV Rental Vehicle EAN Holdings | 129.99 | 1.00 | 129.99 |
| | Check payable: James Phillips | | | |
| Expense | Fuel | 60.00 | 1.00 | 60.00 |
| | Check payable: James Phillips | | | |
| Service | Personal Security Protection | 40.00 | 4.00 | 160.00 |
| | Check payable: William Soloman | | | |
| Service | Personal Security Protection | 40.00 | 4.00 | 160.00 |
| | Check payable: Kwasi Walls | | | |

| | | |
|---|---|---|
| | Subtotal | 929.99 |
| | Total | 929.99 |
| | Amount Paid | 0.00 |
| | Balance Due | $929.99 |

**DD 0279**

Invoice 0000005 from Smokie Phillips Services

**INVOICE**

Smokie Phillips Services
PO Box 321084
Houston, Texas 77221

(832) 654-8839

| | |
|---|---|
| Invoice # | 0000005 |
| Invoice Date | 01/03/2012 |
| Due Date | 01/03/2012 |

DeGuerin and Dickson Atty at law
1018 Preston Ave.
Houston, Texas 77002

(713) 223-5959

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | LE Consultant Service Ranch Visit 12/28/2011 Show up time 1/2 day | 600.00 | 1.00 | 600.00 |
| | Check payable: J.M. Phillips, Jr. | | | |
| Service | LE Consultant Service Ranch Visit 12/28/2011 Show up time 1/2 day | 500.00 | 1.00 | 500.00 |
| | Check payable: Mario Stoneham | | | |
| Service | Security Bodyguard Service Ranch Visit 12/28/2011 Show up 1/2 day | 240.00 | 1.00 | 240.00 |
| | Check payable: Kwasi Walls | | | |
| Service | Security Bodyguard Service Ranch Visit 12/28/2011 Show up 1/2 day | 240.00 | 1.00 | 240.00 |
| | Check payable: William Soloman | | | |
| Service | Uniform Security Bodyguard Service Ranch Visit 12/28/2011 Show up 1/2 day | 240.00 | 1.00 | 240.00 |
| | Check payable: Criag Allan | | | |
| Expense | SUV Rental (Black SUV AGI security transport vehicle) Ranch Visit 12/28/ 2011 | 120.00 | 1.00 | 120.00 |
| | Check payable: J.M. Phillips, Jr. | | | |
| Expense | SUV Rental Fuel for Ranch Visit 12/28/2011 | 60.00 | 0.00 | 0.00 |

NOTES: Preparation for ranch visit. (2nd Time) Visit was cancelled due to mix-up regarding court order and RB not providing the children per court order...

| | |
|---|---|
| Subtotal | 1,940.00 |
| Total | 1,940.00 |
| Amount Paid | 0.00 |

**DD 0280**

1/3/2012

Invoice 0000005 from Smokie Phillips Services

| Balance Due | $1,940.00 |
|---|---|

**DD 0281**

1/3/2012